# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-7065**  **September Term, 2016**

**1:11-cv-01044-CKK**

**Filed On:** April 26, 2017

In re: XE Services, LLC, et al.,

     Petitioners

**BEFORE:**  Henderson, Rogers, and Griffith, Circuit Judges

### O R D E R

Upon consideration of the petition for a writ of mandamus and request for emergency stay of district court proceedings, and the appendix in support thereof, it is

**ORDERED** that the petition for a writ of mandamus be denied.  Mandamus is a "drastic and extraordinary" remedy "reserved for really extraordinary causes." Cheney v. U.S. District Court, 542 U.S. 367, 380 (2004) (citation omitted).  The party seeking mandamus has the "burden of showing that its right to issuance of the writ is 'clear and indisputable.'" Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988) (internal citation omitted).  Petitioners have failed to show that the district court's non-final order, filed March 23, 2017, denying without prejudice their renewed motion to dismiss, amounted to a judicial "usurpation of power," Will v. United States, 389 U.S. 90, 95 (1967) (internal citation omitted), or a "clear abuse of discretion," Bankers Life & Casualty Co. v. Holland, 346 U.S. 379, 383 (1953).  It is

**FURTHER ORDERED** that the request for emergency stay of district court proceedings be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
        Robert J. Cavello
        Deputy Clerk/LD